**510**

Russell CARROLL

v.

WORKERS' COMPENSATION AP-
PEAL BOARD (UNIVERSITY
OF PENNSYLVANIA),

**Appeal of University of Pennsylvania.**

Supreme Court of Pennsylvania.

Submitted on Briefs March 28, 2001.

Decided Oct. 17, 2001.

Brian Joseph Smith, Esq., for University of Pennsylvania.

James A. Holzman, Esq., Amber M. Kenger, Esq., for Worker's Compensation Appeal Board.

George Dallis Walker, Esq., Larry Pitt, Esq., for Russell Carroll.

### *ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.